CARROWAY LUXURY HOMES, LLC, Respondent, v INTEGRA SUPPLY CORPORATION, Appellant. [853 NYS2d 518]—

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Hurlbutt, J.P., Smith, Fahey, Peradotto and Pine, JJ.